IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BIGGE CRANE AND RIGGING CO.                        PLAINTIFF

v.                        No. 4:14-cv-298-DPM

ENTERGY OPERATIONS INC.;
and ENTERGY ARKANSAS INC.                      DEFENDANTS

ORDER

1. The Clerk's docket notes dated today are appreciated. The Court directs the Clerk to keep the waivers as part of the Court's file. Based on the parties' waivers, I will not recuse.

2. Stay lifted. Bigge's motion for expedited ruling, № 85, is granted. Bigge's motion, № 84, to postpone responding to Entergy's motion to dismiss is denied. The Court would benefit from full briefing on the rather tangled, and related, questions raised by the motion to amend and the motion to dismiss. The following briefing schedule should bring some order to the parties' arguments:

- 22 July 2014   -   Entergy's response to motion to amend

- 1 August 2014   -   Bigge's combined response to motion to dismiss and reply on motion to amend

- 11 August 2014 - Entergy's reply on motion to dismiss

Brevity would be appreciated.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 July 2014